**Fill in this information to identify your case:**

| | | |
|---|---|---|
| Debtor 1 | **Alice** _____ **Evans** | |
| | First Name / Middle Name / Last Name | |
| Debtor 2 (Spouse, if filing) | **Monwell** _____ **Evans** | |
| | First Name / Middle Name / Last Name | |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF TEXAS** | |
| Case number (if known) | **12-41369-MXM** | |

Check if this is:

☑ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD / YYYY

Official Form 106I

# Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| Employment status | ☑ Employed<br>☐ Not employed | ☑ Employed<br>☐ Not employed |
| Occupation | **Part-time Center Manager** | **Porter** |
| Employer's name | **Dallas County** | **Vallet Waste** |
| Employer's address | **Dept. of Health & Human Svcs.**<br>Number Street | Number Street |
| | City State Zip Code | City State Zip Code |
| How long employed there? | **1 month** | **1 week** |

## Part 2: Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $1,586.00 | $975.00 |
| 3. | Estimate and list monthly overtime pay. | 3. + | $0.00 | $0.00 |
| 4. | Calculate gross income. Add line 2 + line 3. | 4. | $1,586.00 | $975.00 |

Debtor 1  Alice _____ Evans _____   Case number (if known) 12-41369-MXM
       First Name   Middle Name   Last Name

|  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
|  | Copy line 4 here ..................... → 4. | $1,586.00 | $975.00 |
| 5. | List all payroll deductions: |  |  |
| 5a. | Tax, Medicare, and Social Security deductions   5a. | $159.54 | $134.34 |
| 5b. | Mandatory contributions for retirement plans   5b. | $111.02 | $0.00 |
| 5c. | Voluntary contributions for retirement plans   5c. | $0.00 | $0.00 |
| 5d. | Required repayments of retirement fund loans   5d. | $0.00 | $0.00 |
| 5e. | Insurance   5e. | $0.00 | $0.00 |
| 5f. | Domestic support obligations   5f. | $0.00 | $0.00 |
| 5g. | Union dues   5g. | $0.00 | $0.00 |
| 5h. | Other deductions. Specify: _____   5h.+ | $0.00 | $0.00 |
| 6. | Add the payroll deductions. Add lines 5a + 5b + 5c + 5d + 5e + 5f + 5g + 5h.   6. | $270.56 | $134.34 |
| 7. | Calculate total monthly take-home pay. Subtract line 6 from line 4.   7. | $1,315.44 | $840.66 |
| 8. | List all other income regularly received: |  |  |
| 8a. | Net income from rental property and from operating a business, profession, or farm   8a. | $0.00 | $0.00 |
|  | Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. |  |  |
| 8b. | Interest and dividends   8b. | $0.00 | $0.00 |
| 8c. | Family support payments that you, a non-filing spouse, or a dependent regularly receive   8c. | $0.00 | $0.00 |
|  | Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. |  |  |
| 8d. | Unemployment compensation   8d. | $0.00 | $0.00 |
| 8e. | Social Security   8e. | $0.00 | $0.00 |
| 8f. | Other government assistance that you regularly receive |  |  |
|  | Include cash assistance and the value (if known) or any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: _____   8f. | $0.00 | $0.00 |
| 8g. | Pension or retirement income   8g. | $0.00 | $0.00 |
| 8h. | Other monthly income. Specify: See continuation sheet   8h.+ | $990.50 | $0.00 |
| 9. | Add all other income. Add lines 8a + 8b + 8c + 8d + 8e + 8f + 8g + 8h.   9. | $990.50 | $0.00 |
| 10. | Calculate monthly income. Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.   10. | $2,305.94 + | $840.66 = $3,146.60 |

11. State all other regular contributions to the expenses that you list in Schedule J.
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in Schedule J.

Specify: _____ 11. +   $0.00

12. Add the amount in the last column of line 10 to the amount in line 11. The result is the combined monthly income. Write that amount on the Summary of Your Assets and Liabilities and Certain Statistical Information, if it applies.   12.   **$3,146.60** Combined monthly income

13. Do you expect an increase or decrease within the year after you file this form?
☐ No.
☑ Yes. Explain: Joint Debtor is looking for full-time employment.

Debtor 1 __Alice__ _____ __Evans_____ .      Case number (if known) __12-41369-MXM__
          First Name        Middle Name        Last Name

1. **Additional Employers**    __Debtor 1__                     __Debtor 2 or non-filing spouse__

     Occupation      __Home Health Care Provider__
     Employer's name      __Safeway Healthcare Services, Inc.__
     Employer's address      __2321 S. Beltline Rd., Suite 110__

         __Grand Prairie__      __TX__    __75051__
         City        State   Zip Code        City        State   Zip Code

     How long employed there?    __5 months__

|  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|
| 8h. Other Monthly Income (details) |  |  |
| Safeway Gross Income | $544.05 |  |
| Safeway Ded (FIT, SS, Medicare) | ($73.55) |  |
| Cleaning and babysitting | $520.00 |  |
| Totals: | $990.50 | $0.00 |

Official Form 106I          Schedule I: Your Income          page 3

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **Alice** | | **Evans** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Monwell** | | **Evans** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF TEXAS** | | |
| Case number (if known) | **12-41369-MXM** | | |

Check if this is:

☑ An amended filing
☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

Official Form 106J

# Schedule J: Your Expenses                                                                    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:  Describe Your Household

1. Is this a joint case?

   ☐ No. Go to line 2.
   ☑ Yes. Does Debtor 2 live in a separate household?
      ☑ No
      ☐ Yes. Debtor 2 must file Official Form 106J-2, Expenses for Separate Household of Debtor 2.

2. Do you have dependents?         ☐ No
   Do not list Debtor 1 and        ☑ Yes. Fill out this information
   Debtor 2.                              for each dependent.
   Do not state the dependents' names.

| | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|---|
| | **Daughter** | **16** | ☐ No ☑ Yes |
| | | | ☐ No ☐ Yes |
| | | | ☐ No ☐ Yes |
| | | | ☐ No ☐ Yes |
| | | | ☐ No ☐ Yes |

3. Do your expenses include expenses of people other than yourself and your dependents?
   ☑ No
   ☐ Yes

### Part 2:  Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental Schedule J, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on Schedule I: Your Income (Official Form 106I.)

|  | | Your expenses |
|---|---|---|
| 4. The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot. | 4. | $970.00 |
| If not included in line 4: | | |
| 4a. Real estate taxes | 4a. | |
| 4b. Property, homeowner's, or renter's insurance | 4b. | |
| 4c. Home maintenance, repair, and upkeep expenses | 4c. | $50.00 |
| 4d. Homeowner's association or condominium dues | 4d. | |

Official Form 106J                              Schedule J: Your Expenses                              page 1

Debtor 1   __Alice_____Evans_____    Case number (if known) __12-41369-MXM__
           First Name       Middle Name       Last Name

                                                             **Your expenses**

5. Additional mortgage payments for your residence, such as home equity loans      5.    _____

6. Utilities:

    6a. Electricity, heat, natural gas      6a.    $250.00

    6b. Water, sewer, garbage collection      6b.    $60.00

    6c. Telephone, cell phone, Internet, satellite, and cable services   (See continuation sheet(s) for details)   6c.    $200.00

    6d. Other. Specify: _____      6d.    _____

7. Food and housekeeping supplies   (See continuation sheet(s) for details)   7.    $620.00

8. Childcare and children's education costs      8.    _____

9. Clothing, laundry, and dry cleaning      9.    $45.00

10. Personal care products and services      10.    $15.00

11. Medical and dental expenses      11.    $20.00

12. Transportation. Include gas, maintenance, bus or train fare. Do not include car payments.      12.    $325.00

13. Entertainment, clubs, recreation, newspapers, magazines, and books      13.    $120.00

14. Charitable contributions and religious donations      14.    _____

15. Insurance.
Do not include insurance deducted from your pay or included in lines 4 or 20.

    15a. Life insurance      15a.    $129.00

    15b. Health insurance      15b.    _____

    15c. Vehicle insurance      15c.    $200.00

    15d. Other insurance. Specify: _____      15d.    _____

16. Taxes. Do not include taxes deducted from your pay or included in lines 4 or 20.
Specify: _____      16.    _____

17. Installment or lease payments:

    17a. Car payments for Vehicle 1      17a.    _____

    17b. Car payments for Vehicle 2      17b.    _____

    17c. Other. Specify: _____      17c.    _____

    17d. Other. Specify: _____      17d.    _____

18. Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, Schedule I, Your Income (Official Form 106I).      18.    _____

19. Other payments you make to support others who do not live with you.
Specify: _____      19.    _____

20. Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income.

    20a. Mortgages on other property      20a.    _____

    20b. Real estate taxes      20b.    _____

    20c. Property, homeowner's, or renter's insurance      20c.    _____

    20d. Maintenance, repair, and upkeep expenses      20d.    _____

    20e. Homeowner's association or condominium dues      20e.    _____

| Debtor 1 | Alice | | Evans | | Case number (if known) | 12-41369-MXM |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | | |

21. Other. Specify: _____ 21. + _____

22. **Calculate your monthly expenses.**

    22a.  Add lines 4 through 21.     22a.  $3,004.00

    22b.  Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2.     22b.  _____

    22c.  Add line 22a and 22b. The result is your monthly expenses.     22c.  $3,004.00

23. **Calculate your monthly net income.**

    23a.  Copy line 12 (your combined monthly income) from Schedule I.     23a.  $3,146.60

    23b.  Copy your monthly expenses from line 22c above.     23b.  − $3,004.00

    23c.  Subtract your monthly expenses from your monthly income.
The result is your monthly net income.     23c.  $142.60

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☑ No.
☐ Yes. Explain here:
**None.**

Official Form 106J      Schedule J: Your Expenses      page 3

Debtor 1  __Alice__                                    __Evans__                                    Case number (if known)  __12-41369-MXM__
         First Name    Middle Name    Last Name

6c. <u>Telephone, cell phone, Internet, satellite, and cable services (details):</u>
    **3 cellular phones**                                                                $200.00
                                                                        Total:          $200.00

7.  <u>Food and housekeeping supplies (details):</u>
    **Groceries**                                                                        $600.00
    **Housekeeping Supplies**                                                             $20.00
                                                                        Total:          $620.00

Official Form 106J                     Schedule J: Your Expenses                         page 4

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Alice** | | **Evans** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Monwell** | | **Evans** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number (if known): **12-41369-MXM**

☑ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

☑ No

☐ Yes. Name of person _____ Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X *Alice Evans*      X _____
Alice Evans, Debtor 1      Monwell Evans, Debtor 2
Date 3-15-16      Date _____
MM / DD / YYYY      MM / DD / YYYY

Official Form 106Dec      Declaration About an Individual Debtor's Schedules      page 1